REVISED 12/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Barrier Homes Inc Case No.

Debtor(s).

**SIGNATURE DECLARATION**

XX PETITION, ~~SCHEDULES & STATEMENTS~~
❑ CHAPTER 11 PLAN
❑ VOLUNTARY CONVERSION, SCHEDULES & STATEMENTS
❑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
❑ MODIFIED CHAPTER 13 PLAN
❑ OTHER: PLEASE DESCRIBE: ____________________

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 11 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

~~3. [**individual debtors only**] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;~~

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. [**corporate and partnership debtors only]**] I have been authorized to file this petition on behalf of the debtor.

Date: **11/18/2026**

✗ *Randall Boe*
Signature of Debtor 1 or Authorized Representative

✗ ____________________
Signature of Debtor 2

**Barrier Homes Inc**
Printed name of Debtor 1 or Authorized Representative

____________________
Printed Name of Debtor 2